UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOEL BRIAN DUDLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:11-cv-00443-NT |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision filed September 30, 2012, the Recommended Decision is affirmed.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby ADOPTED. The Commissioner's final decision is AFFIRMED and judgment is entered in favor of the Commissioner.

/s/ Nancy Torresen
United States District Judge

Dated this 23rd day of October, 2012.